**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| JAMES D. LEWIS, JR. AND JAMES P. RYAN, JR., | : | No. 383 EAL 2018 |
| | : | |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PHILADELPHIA COUNTY BOARD OF ELECTIONS, | : | |
| | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

AND NOW, this 3rd day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.